E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-mj-00164-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING CASE; DECLARATION OF ANDREW M. ROACH |
| v. | |
| ANASTASSIA KREZOUB, | **(UNDER SEAL)** |
| Defendant. | |

    The government hereby applies ex parte for an order that the above-captioned case and all documents filed in it be kept under seal until the government notifies the Clerk's office that this matter may be unsealed or the government files a "Report Commencing Criminal Action" in this matter.

//

//

//

This ex parte application is based on the attached declaration of ANDREW M. ROACH.

Dated: March 20, 2023           Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         ANNAMARTINE SALICK
                                         Assistant United States Attorney
                                         Chief, National Security Division

                                         */s/ Andrew M. Roach*
                                         ANDREW M. ROACH
                                         Assistant United States Attorney

                                         Attorneys for Applicant
                                         UNITED STATES OF AMERICA

**DECLARATION OF ANDREW M. ROACH**

I, ANDREW M. ROACH, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Anastassia Krezoub</u>.

2. On March 20, 2023, the government filed a request for a complaint and arrest warrant in this matter against defendant Anastassia Krezoub ("defendant"). Magistrate Judge Charles F. Eick signed the arrest warrant and complaint that same day.

3. Defendant has not been arrested on this arrest warrant yet. Accordingly, to not jeopardize the arrest of defendant or the investigation, the government requests that the complaint, arrest warrant, and the entire case docket and all documents filed therein be sealed and remain so until the defendant is arrested on the charges contained in the complaint and the government notifies the Clerk's office that this matter may be unsealed or the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 20, 2023.

ANDREW M. ROACH

1